**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NO.:  1:26-cv-04693**

MARCO VERCH,

     Plaintiff,

v.

ADVOCATE SHERMAN HOSPITAL dba
THE PERK AND INSPIRE BOUTIQUE AND
GIFTS,

     Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this

Complaint against Defendant ADVOCATE SHERMAN HOSPITAL dba THE PERK AND

INSPIRE BOUTIQUE AND GIFTS for damages and injunctive relief, and in support thereof

states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive

rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Verch's

original copyrighted Work of authorship after removal of his copyright management information

("CMI") and the addition of false CMI.

2. Marco Verch is a photographer from Cologne, Germany. He has been working as

a photographer for many years and enjoys taking pictures of scenery from his travels, sporting

events, food, flowers, cars, drones and more. He also takes photos for advertisements and

fundraising campaigns.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

3.      Defendant ADVOCATE SHERMAN HOSPITAL dba THE PERK AND INSPIRE BOUTIQUE AND GIFTS ("Advocate Sherman Hospital") functions as the primary healthcare provider, while The Perk and Inspire Boutique and Gifts Store operates as integrated on-site amenities that supports the hospital's patient-centered mission. Together, they enhance the overall care environment by addressing both practical needs, such as food and convenience, and the emotional well-being of patients and visitors. At all times relevant herein, Advocate Sherman Hospital owned and operated the internet website location at the URL https://www.advocatehealth.com/sherman (the "Website") and the Facebook Page at the URL https://www.facebook.com/Theperkandinspireboutiqueandgifts/ (the "Facebook Page").

4.      Verch alleges that Advocate Sherman Hospital copied his copyrighted Work from the internet in order to advertise, market and promote its business activities. Advocate Sherman Hospital committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Advocate Sherman Hospital is subject to personal jurisdiction in Illinois.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Advocate Sherman Hospital engaged in infringement in this district, Advocate Sherman Hospital resides in this district, and Advocate Sherman Hospital is subject to personal jurisdiction in this district.

## DEFENDANT

9.      Advocate Sherman Hospital dba The Perk and Inspire Boutique and Gifts is an Illinois Not for Profit, with its principal place of business at 1425 North Randall Road, Elgin, IL,

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

60123, and can be served by serving its Registered Agent, The Corporation Company at 600 S 2nd Street, Suite 104, Springfield, IL 62704.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2021, non-party Golib Tolibov created the photograph entitled "Christmas-holiday-background-with-evergreen-pine-branches-and-red-berries-over-," which is shown below and referred to herein as the "Work."



11. Golib Tolibov subsequently transferred all rights in the Work to Plaintiff Verch.

12. Verch registered the Work with the Register of Copyrights on February 19, 2022 as part of a group registration. The Group Registration was assigned registration number VA 2-293-017. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. Verch published the Work on August 23, 2021, by displaying it on his CCNULL page at https://www.ccnull.de/foto/christmas-holiday-background-with-evergreen-pine-branches-

and-red-berries-over-wood-background/1087537 (the "CCNULL Page"). At the time he published the Work on the CCNULL Page and at all times thereafter, Verch offered usage rights to the public through the Creative Commons 2.0 License ("CC 2.0").

14. For a party to be allowed to use a Creative Commons 2.0 License ("CC 2.0"), it is conditioned upon the prospective licensee of the Work attributing the Work to the original owner/claimant of the Work.

15. In part, the CC 2.0 license states, "You must give appropriate credit, provide a link to the license and indicate if changes were made."[1]

16. Verch's display of the Work on the CCNULL Page also included copyright management information ("CMI") next to the Work in the form of Verch's name, copyright notice, a link to the licensing terms, and the link to the license certificate (collectively, the "Attributions").

17. Verch's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and other details is entirely original, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

18. At all relevant times Verch was the owner of the copyrighted Work.

### INFRINGEMENT BY ADVOCATE SHERMAN HOSPITAL

19. Advocate Sherman Hospital has never been licensed to use the Work for any purpose.

20. On a date after the Work at issue in this action was created, but prior to the filing of this action, Advocate Sherman Hospital copied the Work.

---

[1] https://creativecommons.org/licenses/by/2.0/

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

21.     On or about March 12, 2024, Verch discovered the unauthorized use of his Work on the Facebook Page.

22.     Advocate Sherman Hospital copied Verch's copyrighted Work without permission or authortiy.

23.     After Advocate Sherman Hospital copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its patient centered services.

24.     Advocate Sherman Hospital copied and distributed Verch's copyrighted Work in connection with its business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

25.     Advocate Sherman Hospital committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

26.     Verch never gave Advocate Sherman Hospital permission or authority to copy, distribute or display the Work at issue in this case

27.     When Advocate Sherman Hospital copied and displayed the Work at issue in this case, it failed to provide attribution as required by the CC 2.0 license.

28.     Advocate Sherman Hospital's failure to attribute is a violation of 17 U.S.C. § 1202(b) as removal of CMI.

29.     Verch never game Advocate Sherman Hospital permission or authority to remove CMI from the Work at issue in this case.

30.     When Advocate Sherman Hospital copied and distributed the Work, it added false CMI to the Work.

SRIPLAW
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

31.     Verch never gave Advocate Sherman Hospital permission or authority to add false CMI to the Work.

32.     Verch notified Advocate Sherman Hospital of the allegations set forth herein on September 05, 2025 and September 22, 2025.  To date, the parties have failed to resolve this matter.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

33.     Verch incorporates the allegations of paragraphs 1 through 32 of this Complaint as if fully set forth herein.

34.     Verch owns a valid copyright in the Work at issue in this case.

35.     Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

36.     Advocate Sherman Hospital copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

37.     Advocate Sherman Hospital performed the acts alleged in the course and scope of its business activities.

38.     Defendant's acts were willful.

39.     Verch has been damaged.

40.     The harm caused to Verch has been irreparable.

**COUNT II**
**REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

41.     Verch incorporates the allegations of paragraphs 1 through 32 of this Complaint as if fully set forth herein.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

42. The Work contains copyright management information ("CMI") in the form of Attributions on the CCNULL Page.

43. Advocate Sherman Hospital knowingly and with the intent to enable, conceal, or facilitate copyright infringement, displayed the Work on the Facebook Page without any of the Attributions in violation of 17 U.S.C. § 1202(b).

44. Advocate Sherman Hospital distributed the Work to Facebook knowing that the CMI had been removed or altered without authority of the copyright owner or the law.

45. Advocate Sherman Hospital committed these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

46. Advocate Sherman Hospital caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Verch's rights in the Work at issue in this action protected under the Copyright Act.

47. Verch has been damaged.

48. The harm caused to Verch has been irreparable.

## COUNT III
## ADDITION OF FALSE COPYRIGHT MANAGEMENT INFORMATION

49. Verch incorporates the allegations of paragraphs 1 through 32 of this Complaint as if fully set forth herein.

50. The Work at issue in this case contains false CMI.

51. Advocate Sherman Hospital knowingly and with the intent to enable or facilitate copyright infringement, added CMI to the Work at issue in this action in violation of 17 U.S.C. §

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

1202(a) by placing part of the Perk and Inspire Boutique and Gifts Store name on the Work as Inspire Boutique, as shown below:



52.     Advocate Sherman Hospital distributed copies of the Work to third parties which included false CMI conveyed in connection with the Work.

53.     Advocate Sherman Hospital committed these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

54.     After applying the false CMI to the Work, Advocate Sherman Hospital distributed the Work in violation of 17 U.S.C. § 1202(a).

55.     Verch has been damaged.

56.     The harm caused to Verch has been irreparable.

WHEREFORE, the Plaintiff MARCO VERCH prays for judgment against the Defendant ADVOCATE SHERMAN HOSPITAL dba THE PERK AND INSPIRE BOUTIQUE AND GIFTS that:

a.     Advocate Sherman Hospital and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

       b.      Advocate Sherman Hospital be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. §§ 504 and 1203;

       c.      Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

       d.      Verch be awarded pre- and post-judgment interest; and

       e.      Verch be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Verch hereby demands a trial by jury of all issues so triable.

Dated: April 24, 2026                   Respectfully submitted,

*/s/ J. Campbell Miller*
J. CAMPBELL MILLER
Illinois Bar Number: 6345233
campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
742 South Rangeline Road
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433

9

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

*Counsel for Plaintiff Marco Verch*

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE